NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| John Paggos, Individually and on behalf of all others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| Resonant Inc., Terry Lingren, and John Philpott | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| John Paggos | Plaintiff |
| Resonant Inc. | Defendant |
| Terry Lingren | Defendant |
| John Philpott | Defendant |

March 17, 2015             /s/ Laurence Rosen
Date                       Signature

Attorney of record for (or name of party appearing in pro per):

Laurence M. Rosen

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**